ANNA WEINER and CHARLES WEINER, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant, and IRVING DURBEN, Defendant.— In an action to recover damages for personal injuries to the plaintiff wife, caused by the negligence of the appellant, and for loss of services and medical expenses paid by the plaintiff husband, judgment in favor of the plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Close, JJ.

WESTCHESTER COUNTY SAVINGS BANK, Respondent, v. BENJAMIN LEVITAN, RONA LEVITAN, His Wife, and SARAH LEVITAN, Appellants, and TESSIE ALBRECHT and Others, Defendants.— In an action for the foreclosure of a mortgage upon real estate, order granting plaintiff's motion for summary judgment of foreclosure and sale and striking out the answer of the three defendants Levitan, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. The appeal from interlocutory judgment is dismissed. There is no interlocutory judgment. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

### THIRD DEPARTMENT, APRIL, 1937.
### (April 26, 1937.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD HOPKINS, Appellant.— Motion to vacate and set aside order dismissing appeal, entered March 15, 1937, granted. Case ordered placed on calendar for term commencing May 4, 1937, and time for argument extended accordingly. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Judicial Settlement of the Account of MARY M. KNEESKERN, as Administratrix, etc., of MAGGIE K. SMITH, Deceased, Executrix under the Last Will and Testament of JONAS S. SMITH, Deceased.— Motion to correct decree, and decision of this court handed down March 3, 1937 [ante, p. 178], denied. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.